UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
- - - - - -

UNITED STATES OF AMERICA,

   Plaintiff,

     vs.                                              No. 1:25-MJ-66

HART BUCKLEY,

   Defendant.                          MOTION & ORDER TO
                                                 UNSEAL
_____/

Now comes the United States of America by Andrew Byerly Birge, Acting United States Attorney for the Western District of Michigan, and Austin J. Hakes, Assistant United States Attorney, and moves this court to unseal the Complaint in the above entitled case. The arrest warrant has been executed along with an accompanying search warrant. Consequently, sealing is no longer necessary to protect the integrity of the investigation.

                                                                Respectfully submitted,

                                                                ANDREW BYERLY BIRGE
                                                                Acting United States Attorney

Dated: February 19, 2025                     _____
                                                                AUSTIN J. HAKES
                                                                Assistant United States Attorney
                                                               P.O. Box 208
                                                               Grand Rapids, MI 49501-0208
                                                               (616) 456-2404

IT IS SO ORDERED.

Dated: 2/20/2025

HON. RAY KENT
United States Magistrate Judge